UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOLT, <br>     Petitioner, <br>  v. <br> LEWIS, <br>     Respondent. | NO. CV 11-7393-SVW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 5, 2014

_____
STEPHEN V. WILSON
United States District Judge